# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Amanda L. Van Hoose Garofalo
direct dial: 212.589.4610
agarofalo@bakerlaw.com

March 23, 2020

**VIA ECF**

The Honorable John G. Koeltl
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

> All dates stayed pending the decision on the motion to dismiss.
> SO ORDERED.
> New York, NY    /s/ John G. Koeltl
> March 23, 2020  John G. Koeltl, U.S.D.J.

Re: *Himelda Mendez v. Genesco Inc.*
Case No. 1:19-cv-11855

Dear Judge Koeltl:

This Firm represents Defendant, Genesco Inc. in the above-referenced action.

Pursuant to your Honor's Individual Practices, we write to respectfully request that all discovery and discovery deadlines be stayed, and the initial pretrial conference currently scheduled for April 8, 2020, be adjourned until resolution of the motion to dismiss, which is due to be filed by March 27, 2020. (Dkt. 11). This request made in order for the parties and the Court to avoid spending time and resources on a case that may, ultimately, be dismissed. This is the first request for an adjournment of the initial pretrial conference. The parties have conferred, and Plaintiff's counsel consents to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Amanda L. Van Hoose Garofalo*
    Amanda L. Van Hoose Garofalo

cc: All counsel of record (via ECF)