UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

HIMELDA MENDEZ,

                      Plaintiff,                     *Civil Action No.*

      -against-                                 **1:19-cv-11855-JGK**

GENESCO INC.,

                      Defendants.

---------------------------------------------------------X

## NOTICE OF SETTLEMENT

      PLEASE TAKE NOTICE that Plaintiff, HIMELDA MENDEZ, and Defendant GENESCO INC., hereby notify this Honorable Court that settlement has been reached in the above-referenced case among all parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a 30-day order be issued.

      Dated: November 24, 2020

                                                               By: _____
                                                                  Bradly G. Marks
                                                                    The Marks Law Firm, PC
                                                                    175 Varick Street, 3rd Fl
                                                                    New York, NY 10014
                                                                    T:(646) 770-3775